IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JENNIFER JOHNSON,                         )
                                          )
        PLAINTIFF,                        )
                                          )
V.                                        )        CASE NO. 1:21-CV-01053-JMS-MG
                                          )
ADDICTION REHAB CENTERS, LLC              )
                                          )
        DEFENDANT.                        )

> Dismissal with prejudice
> acknowledged [10].
> JMS, DJ 7/19/21
> Distribution via ECF.

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear her or its own costs and attorneys' fees.

/s/ Jason R. Ramsland (#29443-29)          /s/ Rheanne D. Falkner  (by consent)
Ramsland Law                               Gordon Rees Scully Mansukhani
320 E. Clayton Street                      325 W. Main Street, Suite 2300
Athens, GA 30607                           Louisville, KY 40202
765.267.1240                               502.371.1255
jason@rams.land                            rfalkner@grsm.com

Attorney for Plaintiff                     Attorney for Defendant